IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT FRANCO CHAVEZ, | ) | No. C 10-04134 JW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| vs. | ) ) | |
| CA DEPT. OF CORRECTIONS, | ) ) | |
| Defendant. | ) ) ) | |

On September 14, 2010, plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983, against the California Department of Corrections. The same day, the clerk of the Court sent a notification to plaintiff that the in forma pauperis application he filed with his complaint was insufficient, but without indicating the reasons. The Court has examined the application, and finds it is deficient for the following reasons: 1) plaintiff used the incorrect form; 2) plaintiff did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison; and 3) plaintiff did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 2.)

On October 13, 2010, plaintiff filed a letter requesting an extension of time and another copy of a Certificate of Funds form.

Order Granting Ext. of Time to File Complete IFP App.
P:\PRO-SE\SJ.JW\CR.10\Chavez04134_ifp-eot.wpd

1  Good cause appearing, the Court grants plaintiff an extension of time to file a
2  complete in forma pauperis application, with the necessary supporting documents,
3  **within thirty (30) days** from the date this order is filed, or in the alternative, to pay
4  the full $350.00 filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

The clerk shall enclose two copies of the court's form In Forma Pauperis Application with a copy of this order to plaintiff.

DATED: October 18, 2010

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO CHAVEZ,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.
                                  /

Case Number: CV10-04134 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/19/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Franco Chavez J-45710
Ironwood State Prison
Blyth, CA 92226

Dated: 10/19/2010

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk